IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE JOSEPH and RYAN RUTHERFORD, on behalf of themselves and similarly situated employees,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUALITY DINING, INC., and GRAYLING CORPORATION,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 16-1907 |

## ORDER

**AND NOW**, this 21st day of March, 2017, upon consideration of Defendants' Motion to Dismiss (Doc. #9), and all supporting and opposing papers, after argument held, and for reasons more fully stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**.

2. If Plaintiffs wish to pursue their claims, they must do so in arbitration under the FAA, 9 U.S.C. §§ 3-4, as set forth in their arbitration agreements and incorporated rules; further, they must do so individually and are not entitled to proceed as a class or as representatives thereof.

3. The Clerk shall mark this case closed.

4. To the extent the sixteen opt-in plaintiffs have asserted any claims as putative class members, their claims are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.